*E-FILED - 9/20/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JACQUELINE CARLIN MELCHER,<br><br>                 Appellant,<br><br>        v.<br><br>JOHN W. RICHARDSON, Trustee in Bankruptcy,<br><br>                 Appellee. | No. 11-cv-01616 RMW<br><br>ORDER TO SHOW CAUSE |

Jacqueline C. Melcher commenced the above appeal by filing a notice of appeal on March 18, 2011.  The record on appeal has not been transmitted by the Bankruptcy Court to the District Court, apparently because Ms. Melcher has not provided the clerk with an adequate designation of the record.  See Declaration of Charles P. Maher Regarding Status of Appeal.  Ms. Melcher filed a declaration on August 12, 2011 addressing the status of her appeal and stating that she cannot use a computer at this time.  Ms. Melcher also submitted a physician's note stating that she has a broken ankle and should not attend court proceeding for the six weeks following July 13, 2011.  The court therefore orders appellant to appear at 9:00 a.m. on October 21, 2011 and show cause why the case should not be dismissed for lack of prosecution.  Absent a showing of good cause, the appeal will be dismissed.

DATED:   9/20/11

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER TO SHOW CAUSE    —No. 11-cv-01616 RMW
MEC

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JACQUELINE C. MELCHER,<br><br>             Plaintiff,<br><br>    v.<br><br>IN RE: JACQUELINE C. MELCHER et al,<br><br>             Defendant.<br>_____/ | Case Number: CV11-01616 RMW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 20, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jacqueline C. Melcher
P.O. Box 222798
Carmel, CA 93922

Dated: September 20, 2011

Richard W. Wieking, Clerk
By: Jackie Lynn Garcia, Deputy Clerk