**E-FILED on** 11/1/2011

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JACQUELINE CARLIN MELCHER,<br><br>    Appellant,<br><br>v.<br><br>JOHN W. RICHARDSON, Trustee in Bankruptcy,<br><br>    Appellee. | No. 11-cv-01616 RMW<br><br>ORDER GRANTING EXTENSION OF DEADLINE |

On October 21, 2011, this court ordered Jacqueline Melcher to file adequate designation of the record with the bankruptcy court so that the record may be transmitted to the district court by November 4, 2011 or face dismissal of her appeal. On October 29, 2011, Ms. Melcher asked the court to extend that deadline to December 1, 2011 because of other deadlines set by the bankruptcy court. The court will extend the deadline to December 1, 2011. However, the court will not entertain any further requests for extensions or additional time by Ms. Melcher.

DATED: 11/1/2011

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

11-cv-01616 — Order Extending Deadline
MEC