**United States District Court**
For the Northern District of California

1
2
3
4   **E-FILED on** 3/30/12
5
6
7
8   IN THE UNITED STATES DISTRICT COURT
9   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10  SAN JOSE DIVISION
11

| | |
|---|---|
| JACQUELINE CARLIN MELCHER,<br><br>Appellant,<br><br>v.<br><br>JOHN W. RICHARDSON, Trustee in Bankruptcy,<br><br>Appellee. | No. 11-01616 RMW<br><br>ORDER GRANTING PERMISSION TO E-FILE<br><br>**[Re Dkt. No 4]** |

Appellant Jacqueline Melcher's request for permission to file documents with the court electronically is hereby granted.

DATED:     3/30/12

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge